IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES ARSI 2006-M3,** | § § § § § § § § | |
| Plaintiff, | § | Civil Action No. 4:21-cv-00420 |
| v. | § § § | |
| **SHARONDA FOWLER-WHITE, NATHANAEL WHITE, LAWRENCE WHITE, CHRISTOPHER WHITE, ERNEST WHITE, BRUCE LANDON WHITE, KIMBERLY FORD, CEDRIC WHITE, AND NIKITA WHITE,** | § § § § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR ENTRY OF AGREED ORDER AS TO DEFENDANTS BRUCE LANDON WHITE, ERNEST WHITE, AND KIMBERLY FORD**

Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series ARSI 2006-M3 ("Deutsche Bank" or "Plaintiff") and Defendant Bruce Landon White ("Defendant") file this, their *Motion for Entry of Agreed Order as to Defendants Bruce Landon White, Ernest White, and Kimberly Ford* (the "Motion"), and respectfully show the Court as follows:

**I.**

1. Plaintiff and Defendants Bruce Landon White, Ernest White, and Kimberly Ford (together, the "Parties") have now reached an agreement to resolve this dispute as evidenced by the signatures on the *Agreed Order as to Plaintiff and Defendants Bruce Landon White, Ernest White, and Kimberly Ford* attached hereto as Exhibit A. Accordingly, Plaintiff files this Motion

and seeks the entry of the attached agreed order that will resolve this matter, as between the Parties, in accordance with their agreement.

2. Plaintiff's claims against the remaining defendants are not addressed by this agreement and remain pending.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff requests that this Court enter the agreed order in this cause and such other relief to which it is entitled.

Respectfully submitted,

By: */s/ Jonathan C. Smith*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
Southern District No. 21340
mcronenwett@mwzmlaw.com

**JONATHAN C. SMITH**
Texas Bar No. 24103940
Southern District No. 3292563
jsmith@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
214-635-2650 (Phone)
214-635-2686 (Fax)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2021, a true and correct copy of the foregoing document was delivered to the following parties in the manner described below:

**Via Regular Mail**
Bruce Landon White
35872 Sussex Drive
Romulus, Michigan 48174

**Via Regular Mail**
Ernest White
825 Daymist Court
Colorado Springs, Colorado 80916

**Via Regular Mail**
Kimberly Ford
114 Radcliff Drive
Grovetown, Georgia 30813

**Via Regular Mail**
Cedric White
1200 Baker Street
Houston, Texas 77002

**Via Regular Mail**
Nathanael White
102 Norton Park Drive Apt 330
Columbus, Ohio 43213

**Via Regular Mail**
Christopher White
6315 Dellfern Drive
Houston, Texas 77035

**Via Regular Mail**
Lawrence White
6315 Dellfern Drive
Houston, Texas 77035

**Via Regular Mail**
Sharonda Fowler-White
6315 Dellfern Drive
Houston, Texas 77035

              */s/ Jonathan C. Smith*
              **JONATHAN C. SMITH**